**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**JAMES R. HALE,**

      Plaintiff,

v.                                  Civil Action No. 3:24-cv-00339-REP

**EQUIFAX INFORMATION**
**SERVICES, LLC;**
**EXPERIAN INFORMATION**
**SOLUTIONS, INC.; and**
**TRANS UNION, LLC,**

      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff, James R. Hale, and Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is ***dismissed with prejudice*** as to all Defendants in its entirety.

Respectfully submitted,

*/s/ Mark C. Leffler*
Mark C. Leffler (VSB No. 40712)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., #1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: mark@clalegal.com
*Counsel to Plaintiff James R. Hale*

/s/ John W. Montgomery, Jr.
John W. Montgomery, Jr. (VSB No. 37149)
TRAYLOR MONTGOMERY & ELLIOTT PC
130 E Wythe St
Petersburg, VA 23803
Telephone: (804) 861-1122
Email: jmontgomery@tmande.com
*Counsel for Defendant Equifax Information Services, LLC*


/s/ H. Scott Kelly
David N. Anthony (VSB No. 31696)
H. Scott Kelly (VSB No. 80546)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Telephone: (804) 697-5410
Email: david.anthony@troutman.com
Email: scott.kelly@troutman.com
*Counsel for Defendant Experian Information Solutions, Inc.*


/s/ Marc Kirkland
Marc Kirkland (VSB No. 96234)
QUILLING SELANDER LOWNDS WINSLETT MOSER
6900 N. Dallas Pkwy
Suite 800
Plano, TX 75024
Telephone: (214) 560-5454
Email: mkirkland@qslwm.com
*Counsel for Defendant Trans Union, LLC*